## WHITE v. STATE.
### No. 22722.

Court. of Criminal Appeals of Texas.
Jan. 19, 1944.

Rehearing Denied Feb. 23, 1944.

Alex P. Pope, of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

### GRAVES, Judge.

Upon his plea of guilty before the court appellant was convicted of the offense of burglary, and his punishment assessed at two years confinement in the penitentiary.

The record is before this court without statement of facts or bills of exceptions, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.